# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0946
LT Case No. 16-2005-CF-009710-A

_____

LEON LEE COLTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Leon Lee Colton, Raiford, pro se.

No Appearance for Appellee.


July 16, 2026


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____